ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Trustees of the Glaziers Architectural Metal
and Glass Workers

Plaintiff(s),

v.

Contract Glazing, Inc. et al

Defendant(s).

Case No. 1:25-cv-00704
Judge Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: Final judgment is entered in favor of Plaintiffs and against Defendant C.A.D. Contract
Glazing, Inc. in the amount of $70,275.21 for Count I of the Complaint; and Final judgment is
entered in favor of Plaintiffs and against Defendants C.A.D. Contract Glazing, Inc. and Katie Alanis,
jointly and severally, in the amount of $92,048.03 for Count II of the Complaint.

This action was *(check one)*:

☐ tried by a jury with Judge                    presiding, and the jury has rendered a verdict.
☐ tried by Judge                    without a jury and the above decision was reached.
☑ decided by Judge Kocoras                    on a motion for default judgment.

Date: 7/23/2025

Thomas G. Bruton, Clerk of Court

Steve Hotze                    , Deputy Clerk